HELEN GAMSEY, Plaintiff, v. LEWIS, DEMICCO & TEPEDINO CORPORATION, Appellant, and RAE FINANCE CORPORATION, MARCELLO INGARDIA and JOHN INGARDIA, Copartners Doing Business as M. INGARDIA & BRO., Respondents. KRACHAN REALTY CORPORATION and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

MICHAEL GOTTLIEB and Others, Respondents, v. JOHN C. ABBUEHL and Others, Defendants. ISIDOR BRENNER and DAVID SCHNEIDER, Appellants.— Motion to compel plaintiffs to deliver exhibits and for enlargement of time to perfect and argue appeal until the January, 1929, term, granted. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

HARRY L. GREENBAUM, Appellant, v. FRANK J. BROWN, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1929, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay fifteen dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

LOUISA GREIS, Respondent, v. ARTHUR H. TURNER and NASSAU-SUFFOLK BOND AND MORTGAGE GUARANTEE COMPANY, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondent ten dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

ISIDOR GURLAND, Respondent, v. DILLMAN REALTY Co., INC., Appellant, and JEAN KLEIN and JONES LESTER, etc., and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1929, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

ALBERT HANSEN, Appellant, v. MORRIS ISAACSON and BERTHA ISAACSON, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

HOME TITLE INSURANCE COMPANY, Respondent, v. KOHL & POPICK, INC., and Others, Defendants. NEW YORK PLUMBERS SPECIALTIES Co., INC., Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

In the Matter of Proving the Last Will and Testament, etc., of PATRICK HART, Deceased. JOSEPH G. HART, Appellant, v. JAMES F. HART and RAPHAEL A. EGAN, as Executors, etc., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.